IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDMOND OWENS**                                                           **PLAINTIFF**

v.                    **CASE NO. 4:18-CV-00662-BSM**

**PULASKI COUNTY SHERIFF DEPARTMENT et al.**         **DEFENDANTS**

## ORDER

United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 6] is adopted, and plaintiff Edmond Owens's complaint [Doc. No. 1] is dismissed without prejudice. Dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

Pursuant to 28 U.S.C. section 1951(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 21st day of December 2018.

                                                        UNITED STATES DISTRICT JUDGE